| | | |
|---|---|---|
| STATE OF INDIANA ) | | IN THE DEKALB SUPERIOR COURT |
| ) SS: | | |
| COUNTY OF DEKALB ) | | CAUSE NO._____ |

JESSE NAPIER,  )
 )
      Plaintiff,  )
 )
    v.  )
 )
DEKALB COUNTY SHERIFF and  )
JAIL STAFF, SGT. ULRICK, CPL. LOROUX,  )
CPL. KILGORE and CPT. HICKS.  )
 )
      Defendants.  )

# COMPLAINT

Plaintiff alleges against Defendant that:

1. The Plaintiff is Jesse Napier, a resident of Noble County Jail. On July 1st, 2022, Plaintiff was housed at the Dekalb County Jail which is controlled and managed by the Dekalb County Sheriff.   Plaintiff had served a TCN on the Sheriff of Dekalb County.   On or about December 2nd, 2022, which is attached hereto and made apart hereof is Exhibit A.

2. Plaintiff alleges that he was the victim of excesses force at the Dekalb County Jail on or about July 1st, 2022, as set forth in the attached Tort Claim Notice Exhibit "A".

3. The Sheriff of Dekalb County sued in his represented capacity as being liable for the action of his correctional officers, deputies, agents, and employees pursuant to the doctrine of *respondeat superior*.   The Sheriff is responsible for the actions of his deputies, correctional officers, agents, and employees for assaulting the plaintiff and for battery as described in the TCN, exhibit "A".

4. The individual Defendants officers involved, Sgt. Ulrick, Cpl. Loroux, Cpl. Kilgore, and

Captain Hicks, are sued in their individual capacities pursuant to 42 U.S.C. § 1983 in that they were acting as persons under color of law in their individual capacities as jailors and confinement officers and were acting pursuant to the rules and regulations of the Dekalb County Sheriff when they subjected the Plaintiff to battery and excessive force in violation of Plaintiff's constitutional rights under the Eighth and Fourteenth Amendments of the United States Constitution to be free from cruel and unusual punishment and for violations of substitute due process.

5. The individual officers punched, kneed and or elbowed the Plaintiff while he was handcuffed on the floor, face down, on a concrete floor.  Plaintiff experienced a shortness of breath (the breath was knocked out of him), physical pain, mental suffering, emotional distress—and when he objected to the unlawful force by making reports about it, Plaintiff was retaliated against and subjected to disciplinary segregation.

6. On information of belief and belief, Plaintiff contends that the individual officers used excessive force against the Plaintiff include Sft. Ulrick, Cpl. Loroux, Cpl. Kilgore, Captain. Hicks, confinement officers Browning, Snider, and other "John Doe" and other "officers".

WHEREFORE, Plaintiff respectfully request judgement against the Defendants, and each of them, for compensatory damages, punitive damages, reasonable attorney's fees and cost, and for all other just and proper relief in the premises.

### JURY DEMAND

Pursuant to Rule 38 of the Indiana Rules of Trial Procedure, Plaintiff demands a trial by jury in this action.

Respectfully submitted,

**MYERS SMITH WALLACE, LLP**

_____
Christopher C. Myers, #10043-02
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802
Telephone: (260) 424-0600
Facsimile: (260) 424-0712
E-mail: cmyers@myers-law.com
*Counsel for Plaintiff*

–3–